**Electronically Filed
Supreme Court
SCWC-21-0000718
29-SEP-2025
01:20 PM
Dkt. 24 ODAC**

SCWC-21-0000718

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DENNIS TSUGIO NAGATA, D.D.S., INC.,
a Hawaii Professional Corporation,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

DARRYL WONG; LILIHA PROFESSIONAL BUILDING LLC,
a Hawaii Limited Liability Company,
Respondents/Defendants-Appellees/Cross-Appellees,

and

LILIHA PROFESSIONAL BUILDING LLC,
a Hawaii Limited Liability Company,
Respondent/Counterclaim Plaintiff-Appellee/Cross-Appellee,

vs.

DENNIS TSUGIO NAGATA, D.D.S., INC.,
a Hawaii Professional Corporation,
Petitioner/Counterclaim Defendant-Appellant/Cross-Appellee,

and

DENNIS TSUGIO NAGATA, individually,
Petitioner/Counterclaim Defendant-Appellee/Cross-Appellant,

and

DARRYL WONG; LILIHA PROFESSIONAL BUILDING LLC,
a Hawaii Limited Liability Company,
Respondent/Third-Party Plaintiffs-Appellees/Cross-Appellees,

vs.

DEBORAH KOBAYASHI; INDIVIDUALLY AND DELPHINE WONG AND DEBORAH KOBAYASHI, CO-TRUSTEES OF THE WILLIE AND DELPHINE WONG TRUST, Respondents/Third-Party Defendants-Appellees/Cross-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000718; CASE. NO. 1CC181000981)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, and Devens, JJ.,
Circuit Judge Remigio, in place of Recktenwald, C.J., recused,
and Circuit Judge Morikawa, in place of Ginoza, J., recused)

Petitioner's Application for Writ of Certiorari, filed on August 11, 2025, is hereby rejected.

DATED:  Honolulu, Hawai'i, September 29, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens



/s/ Catherine H. Remigio

/s/ Trish K. Morikawa

2